UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  13-25694-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

BARBARA G CURLEY
XXX-XX-1521

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. A NOTICE OF PAYMENT CHANGE WAS FILED BY FAY SERVICING (CLAIM#1-2)

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 28th day of September, 2017.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.: 13-25694-BKC-RBR

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
BARBARA G CURLEY
1792 NE 20TH STREET
FORT LAUDERDALE, FL  33305

**ATTORNEY FOR DEBTOR**
WINSTON I. CUENANT, ESQUIRE
2550 N. FEDERAL HIGHWAY
SUITE 10
FORT LAUDERDALE, FL  33305

**CREDITOR(S)**
AMBER KOUROFSKY
ALBERTELLI LAW
PO BOX 23028
TAMPA, FL  33623

BANK ATLANTIC
1750 EAST SUNRISE BLVD
FT. LAUDERDALE, FL  33304

BANK OF AMERICA
POB 982235
EL PASO, TX  79998-2235

BANKATLANTIC
C/O MICHELLE GOMEZ
2901 W CYPRESS CREEK RD., STE 101
FORT LAUDERDALE, FL  33309

CITIFINANCIAL
300 SAINT PAUL PLACE
BALTIMORE, MD  21202

ENHANCED RECOVERY
8014 BAYBERRY ROAD
JACKSONVILLE, FL  32256

FAY SERVICING LLC
3000 KELLWAY DR. STE 150
CARROLTON,, TX  75006

FAY SERVICING, LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
155 OFFICE PLAZA DR. SUITE A
TALLAHASSEE, FL  32301

MIDLAND FUNDING
8875 AERO DR
SUITE 200
SAN DIEGO, CA  92123

SHD LEGAL GROUP PA
POB 11438
FORT LAUDERDALE, FL  33339